**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   16-10144 |
| Plaintiff-Appellee, | D.C. No. 1:12-cr-00031-AWI-BAM-1 |
| v. | |
| PIERSHA WOOLRIDGE, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted July 13, 2017[**]

Before:  HUG, FARRIS, and CANBY, Circuit Judges.

Piersha Wooldridge appeals from the district court's judgment and

challenges her guilty-plea convictions and total sentence of 56 months in prison for

conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349, 25 counts of

---

[*]        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

mail fraud, in violation of 18 U.S.C. § 1341, and two counts of aggravated identity theft, in violation of 18 U.S.C. § 1028A.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Woolridge's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Woolridge the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.